IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ALMA BARNES, on behalf of :
Herself and all Others :
Similarly Situated, :
:
    Plaintiff, :
:
vs. : Civil Action 13-0350-M
:
COMPASS BANK, :
:
    Defendant. :

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of Defendant Compass Bank and against Plaintiff Alma Barnes, appearing on behalf of Herself and all Others Similarly Situated.

DONE this 4th day of December, 2013.

                                      s/BERT W. MILLING, JR.
                                      UNITED STATES MAGISTRATE JUDGE